# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LANDIS CAMP** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2979** |
| **SECOND PARISH COURT OF JEFFERSON, LOUISIANA** | **SECTION "I" (6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Landis Camp for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE** for lack of subject matter jurisdiction. **IT IS FURTHER ORDERED** that petitioner's Motions to Correct Illegal Sentence (rec. docs. 11 and 12) are hereby **DENIED** as moot.

New Orleans, Louisiana, this 16th day of April, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE